[No. 59944-5-I.   Division One.   June 9, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT L. WEBSTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-06877-3, Jeffrey M. Ramsdell, J., entered April 5, 2007. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 60018-4-I.   Division One.   June 9, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ALLEN ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-03123-3, Michael Heavey, J., entered May 18, 2007. *Affirmed* by unpublished per curiam opinion.

[Nos. 60060-5-I; 60160-1-I.   Division One.   June 9, 2008.]

*In the Matter of the Marriage of* RICHARD D. MACGIBBON, *Appellant*, and DEBORAH J. MACGIBBON, *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 98-3-08060-8, Donald D. Haley, J. Pro Tem., entered April 5, 2007. *Affirmed in part, reversed in part,* and *remanded* by unpublished per curiam opinion.

[No. 60109-1-I.   Division One.   June 9, 2008.]

JUANITA MADCHE, *Individually and as Personal Representative, Appellant*, v. MARKETWEST INVESTMENTS, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-04637-4, Nicole MacInnes, J., entered May 29, 2007. *Reversed* by unpublished opinion per Lau, J., concurred in by Schindler, C.J., and Ellington, J.